A TRUE BILL.

*[signature: Mark C. Mattingly]*
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

*[signature]*
KATELYN SEMALES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___15___ day of September, 2020.

*[signature]*
Deputy Clerk

AO 190 (Rev. 01/09) Record of the Number of Grand Jurors Concurring in an Indictment

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>JAYSON E. WRIGHT<br>and<br>KARA E. WRIGHT<br>*Defendant* | Case No. 7:20-CR- |

## RECORD OF THE NUMBER OF GRAND JURORS CONCURRING IN AN INDICTMENT

As the foreperson of the grand jury of this court at a session held at _____Macon, Georgia_____ on __9-15-2020__, I certify that *(specify number)* __19__ grand jurors concurred in the indictment in this case. Under Fed. R. Crim. P. 6(c), this record is being filed with the court clerk and will *not* be made public unless the court orders otherwise.

Date: __9-15-2020__                    _____
                                                   *Foreperson's signature*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

## INDICTMENT COVER AND INFORMATION SHEET

SEALED (X)   UNSEALED ( )

**UNITED STATES OF AMERICA**   CRIMINAL NO.

v.   COUNTY: LOWNDES COUNTY, GA

**JAYSON E. WRIGHT**   OCDETF:

email: mhoward@lowndescounty.com
Cell: 229-740-1063

Return Date: 9/2020   AUSA: SEMALES
Agency: HSI   Agent: TFO Matthew Howard

**OCDETF Case** [ ] YES [X] NO   IF YES OCDETF CASE No. _____

A.   Clerk Issue:   Summons: _____   Warrant: __X__

   NOTE: ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA, ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARREST WARRANTS, WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY. ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN THEM FROM THE U.S. MARSHAL'S OFFICE.

B.   Warrant(s) to be executed by:

U.S. Marshal [X]   Other [ ] Specify: _____

Note:   All executed arrest warrants shall be returned to the U.S. Marshal.

C.   Information for arresting officer:

   1.   Are state or local charges pending on this defendant for the same offense charged in this indictment?   (X) Yes   ( ) No   ( ) Unknown

      If yes, was defendant previously arrested on the state and local charges for the same offense?

      (X) Yes   ( ) No   ( ) Unknown

      If yes, is defendant still in custody?

      (X) Yes   ( ) No   ( ) Unknown

      If yes, where is defendant incarcerated? TBD

2. Attorney for Defendant (if any):

   Name:

   Address:

   Telephone:

D. Assistant United States Attorney's recommendation for bond:

   AMOUNT: _____

E. Has a court appearance been scheduled?  ( ) Yes   ( ) No

   If yes, date and time: _____

F. Identifying data of defendant:

| | | | |
|---|---|---|---|
| Sex: | M | Height: | 5'08" |
| Race: | A | Weight: | 205 |
| DOB: | 6/15/85 | Hair: | BLACK |
| SSN: | 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 | Eyes: | HAZEL |
| SID: | GA3023774T | FBI#: | 476696XB7 |

History of violence?  ( ) Yes   ( ) No   ( ) Unknown

History of mental problems?  ( ) Yes   ( ) No   ( ) Unknown

History of medical problems?  ( ) Yes   ( ) No   ( ) Unknown

   If yes, what type of medical?

Last known address:

4356 WHITE WATER RD., VALDOSTA, GA 31601

G. Action requested from U.S. Marshal's Service:

   _X_  Request USMS make **NCIC** entry

   ___  Refer apprehension responsibility to USMS

   _X_  Request joint apprehension

   ___  Agency will arrest **without** USMS assistance

   ___  Voluntary surrender in lieu of arrest (All Coordination **must** be accomplished through the Marshal's Service)

_____          9/15/2020
By: AUSA SEMALES                          DATE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

## INDICTMENT COVER AND INFORMATION SHEET

SEALED (X)                UNSEALED ( )

**UNITED STATES OF AMERICA**          **CRIMINAL NO.**

v.                                    **COUNTY: LOWNDES COUNTY, GA**

**KARA E. WRIGHT**                    **OCDETF:**

*e-mail: mhoward@lowndescounty.com*
*cell 229-740-1063*

Return Date: _____          AUSA: SEMALES
Agency: HSI                           Agent: TFO Matthew Howard

OCDETF Case [ ] YES [X] NO   IF YES OCDETF CASE No. _____

A.   Clerk Issue:   Summons: _____   Warrant: __X__

     NOTE: ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA, ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARREST WARRANTS, WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY. ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN THEM FROM THE U.S. MARSHAL'S OFFICE.

B.   Warrant(s) to be executed by:

U.S. Marshal [X]   Other [ ]   Specify: _____

Note:   All executed arrest warrants shall be returned to the U.S. Marshal.

C.   Information for arresting officer:

   1.   Are state or local charges pending on this defendant for the same offense charged in this indictment?   (X) Yes   ( ) No   ( ) Unknown

        If yes, was defendant previously arrested on the state and local charges for the same offense?

        (X) Yes   ( ) No   ( ) Unknown

        If yes, is defendant still in custody?

        (X) Yes   ( ) No   ( ) Unknown

        If yes, where is defendant incarcerated? __TBD__

2. Attorney for Defendant (if any):

Name:

Address:

Telephone:

D. Assistant United States Attorney's recommendation for bond:

AMOUNT: _____

E. Has a court appearance been scheduled? ( ) Yes    ( ) No

If yes, date and time: _____

F. Identifying data of defendant:

| | | | |
|---|---|---|---|
| Sex: | F | Height: | 5;10: |
| Race: | A | Weight: | 205 |
| DOB: | 4/14/89 | Hair: | BLACK |
| SSN: | 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 | Eyes: | BLUE |
| SID: | | FBI#: | |

History of violence? ( ) Yes    ( ) No    ( X ) Unknown

History of mental problems? ( ) Yes    ( ) No    ( X ) Unknown

History of medical problems? ( ) Yes    ( ) No    ( X ) Unknown

If yes, what type of medical?

Last known address:

4356 WHITE WATER RD., VALDOSTA, GA 31601

G. Action requested from U.S. Marshal's Service:

   _X_  Request USMS make **NCIC** entry

   ___  Refer apprehension responsibility to USMS

   _X_  Request joint apprehension

   ___  Agency will arrest **without** USMS assistance

   ___  Voluntary surrender in lieu of arrest (All Coordination **must** be accomplished through the Marshal's Service)

By: AUSA SEMALES            DATE 9/14/20