UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 7:20-CR-33 (WLS) |
| vs. | : | |
| KARA E. WRIGHT, | : | |
| Defendant. | : | |

## CHANGE OF PLEA

I, Kara E. Wright, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this 10th day of June, 2021.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
KARA E. WRIGHT
DEFENDANT

_____
RICK COLLUM
ATTORNEY FOR DEFENDANT

_____
KATELYN SEMALES
ASSISTANT UNITED STATES ATTORNEY

FILED at 3:03 PM
June 10, 2021
Sonia D. Anderson
Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia