# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-33 (WLS-TQL-2) |
| | : | |
| KARA WRIGHT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a "Joint Motion for Continuance" filed by the Parties in the above-styled action on August 26, 2021. (Doc. 61.) Therein, counsel for the Government and Defendant Kara Wright move to continue the sentencing hearing scheduled for September 2, 2021 at 3:00 pm. (*Id.*) Counsel and Defendant Wright make this request "to allow the victims to be present" at the sentencing and due to the fact it is still undetermined whether Defendant Wright's co-defendant, Jayson Wright, is proceeding to trial. (*Id.*) Because Defendant Wright will most likely serve as a witness should her co-defendant proceed to trial, the parties request her sentencing be continued to avoid any affect on potential motions under U.S.S.G. § 5K1.1. Based on the above-stated reasons, the Court finds good cause to grant a continuance. Therefore, the Joint Motion for Continuance (Doc. 61) is **GRANTED**. The sentencing hearing currently set for September 2, 2021 is **CONTINUED**. Defendant Wright's sentencing shall be **RESCHEDULED** and will be noticed by separate order of the Court.

**SO ORDERED,** this 30th day of August 2021.

                                                /s/ W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**